ZINNA GRIEFER, Respondent, *v.* COUNTY OF SULLIVAN et al., Appellants.

Submitted May 24, 1937; decided June 1, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 515.)